UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eschelon Telecom of Minnesota, Inc., Plaintiff, vs. AT&T Corp., a New York Corporation, Defendants. | Civ. No.: 01-334 (PAM/JGL) **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COUNTERCLAIMS** |

## STIPULATION

The parties to this litigation, acting by and through their counsel of record, hereby stipulate that the Plaintiff may have to and including April 17, 2001, in which to answer or otherwise respond to the Counterclaims in this matter.

Dated: 3/16/01

WINTHROP & WEINSTINE, P.A.

By: [signature]
Julie Ann Fishel, Attorney I.D. #286254
Eric F. Swanson, Attorney I.D. #188128
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff

Dated: 3/19/01

BRIGGS & MORGAN

By: [signature]
R. Scott Davies, Attorney I.D. #21337
W. Patrick Judge, Attorney I.D. #202721
2400 IDS Center
Minneapolis, Minnesota 55402
(612) 334-8400

Attorneys for Defendant

MAR 20 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation of the parties, it is hereby ORDERED that the Plaintiff may have to and including April 17, 2001, in which to answer or otherwise respond to the Counterclaim.

Dated: March 20, 2001

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

idmsstp:618268_1