**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Eschelon Telecom of MN

Plaintiff,

v.

AT&T Corporation,

Defendant.

Civil 01-334 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: June 11, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________