UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Eschelon Telecom of Minnesota, Inc., Plaintiff, vs. AT&T Corp., a New York Corporation, Defendant. | ) | Civ. No.: 01-334 (PAM/JGL) **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by the undersigned parties acting through their respective undersigned attorneys, that all claims, counterclaims and cross-claims in the above-entitled action may be, and hereby are, dismissed with prejudice and on the merits without costs to any party hereto and that a judgment of dismissal with prejudice may be entered without further notice.

Dated: May 30, 2001

WINTHROP & WEINSTINE, P.A.

By: ______________________

Julie Ann Fishel, Attorney I.D. #0286254
Eric F. Swanson, Attorney I.D. #188128
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: ~~May~~ June 8, 2001

BRIGGS & MORGAN

By: W. Patrick Judge

R. Scott Davies, Attorney I.D. #21337
W. Patrick Judge, Attorney I.D. #202721
2400 IDS Center
Minneapolis, Minnesota 55402
(612) 334-8400

Attorneys for Defendant

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that all claims, counterclaims and cross-claims in the above-entitled action are hereby dismissed with prejudice and on the merits without further cost to any party.

Dated this 14th day of June, 2001.

BY THE COURT:

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

idmsstp:623476_1